UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

---

Date: September 8, 2016 　　　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 17 minutes

Case No.      **C-16-3003-JD**
Case Name     **Rudio v. Real Time Resolutions, Inc. et al**

Attorneys for Plaintiff:      J. Erik Heath and Geoff Wiggs

Attorneys for Defendant:      Amanda Griffith

Deputy Clerk: Nikki Riley 　　　　　　　　　　　　　　　　　Court Reporter: Lydia Zinn

## PROCEEDINGS

Motion to Dismiss Hearing-Held
Initial Case Management Conference-Held

## NOTES

The Court hears argument on defendant Credit Control, LLC's motion to dismiss. Plaintiff does not contest dismissal of her fifth cause of action for negligent infliction of emotional distress.

The Court refers the parties to a settlement conference with Magistrate Judge Maria-Elena James. Parties agree to limited discovery to aid settlement negotiations. Defendant will provide evidence for its FDCPA bona fide error defense. Plaintiff will provide evidence for the emotional distress claim. The case is stayed in all other respects. Parties will report back to the Court after the settlement conference.