J. ERIK HEATH | ATTORNEY AT LAW

369 Pine St., Suite 410
San Francisco, CA 94104
(415) 426-7850

September 27, 2018

<u>VIA FIRST-CLASS MAIL AND CM/ECF</u>
Hon. James Donato
U.S. District Court for the
Northern District of California, San Francisco
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Melinda Rudio v. Credit Control, LLC (*No. 3:16-cv-03003-JD)
             Motion to Dismiss (Dkt. Nos. 41, 42, 43, 45)

Dear Judge Donato:

By this letter, I am requesting the status of the motion to dismiss filed by Defendant Credit Control, LLC on March 22, 2017.  (Dkt. No. 41.)  In reviewing the Court's procedures, I could not locate a procedure for such an inquiry, so I respectfully submit this letter to you.

A hearing was originally scheduled for the defendant's motion for April 27, 2017.  On April 24, 2017, the Court vacated the hearing on the motion to dismiss, indicating that the motion was suitable for decision without oral argument.  (Dkt. No. 45.)  However, no decision has been issued on the motion yet.

While we are respectful of the Court's busy docket, we are concerned that the motion has slipped through the cracks.  That concern is further heightened by the fact that this motion is absent from the most recent Civil Justice Reform Act report for motions pending over six months.  *See* CJRA Table 8W, at 1,538 (Sep. 17, 2018 for period ending Mar. 31, 2018), available at http://www.uscourts.gov/sites/default/files/data_tables/cjra_8_0331.2018.pdf.  As a result, Plaintiff is requesting the status of this pending motion.

Many thanks,

*/s/ J. Erik Heath*
J. Erik Heath
Attorney for Melinda Rudio

cc:    Eric Tsai (via ECF), Geoffrey Wiggs (via ECF)